698

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY GONCHAR, Respondent v. PETER J. McGARRY, Sheriff of Queens County. MICHAEL WACHTER, Appellant.— Order sustaining writ of habeas corpus and directing that the relator be discharged from imprisonment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ., concur.

WALTER I. RUSSELL, Appellant, v. SOCIETE ANONYME DES ESTABLISSEMENTS AEROXON, a Corporation, Defendant, and FRIEDRICH KAISER, Sued Herein as FREDERICK KAISER, Respondent.— Order modified so as to permit service of a supplemental answer so far as it contains the defense of the Statute of Frauds, excluding therefrom the defense of failure to arbitrate. As so modified, the order, so far as appealed from, is affirmed, without costs; the supplemental answer to be served within five days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.

SOFIA SAULLO and Another, Respondents, v. ELI LILLY & COMPANY and Others, Appellants.— Order granting motion to consolidate actions affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

SCHOCK, GUSMER & COMPANY, INC., Respondent, v. RUBEL COAL AND ICE CORPORATION and Others, Appellants, and Others, Defendants.— Order denying motion to dismiss the complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to answer within ten days from the entry of the order herein. The effect, if any, of the disparity between the amount of the claim of the New Jersey corporation and the amount of the lien, must await the trial. Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ., concur.

ELLA SERPER and Another, Appellants, v. MINNIE SINGER, Respondent.— Judgment reversed on the law and a new trial granted, with costs to appellants to abide the event. Plaintiffs' Exhibits 1 and 2 clearly show the defective condition of the step in question and that the rubber mat was gone from the step except a small portion in front, which the jury might well say curled up under plaintiff Ella Serper's foot as she descended these steps, causing her to fall. Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ., concur.